ROBERT H. PHILIBOSIAN, CBN 41515
RONDA D JAMGOTCHIAN, CBN 200236
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership, IPC
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: rjamgotchian@sheppardmullin.com

JOHN F. KRATTLI, Acting County Counsel
JOYCE AIELLO, Assistant County Counsel
MARY WICKHAM, Cal. Bar No. 145664
OFFICE OF COUNTY COUNSEL
COUNTY OF LOS ANGELES
500 West Temple Street
Los Angeles, California 90012
Telephone: (213) 974-1904

Attorneys for Defendants

DENNIS M. HARLEY, CBN 57230
DENNIS M. HARLEY, A LAW CORPORATION
510 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 796-7555
Fax: (626) 577-0124
Email: dharleylaw@aol.com

DELLA BAHAN, CBN 88649
BAHAN & ASSOCIATES, INC.
125 University Avenue, Suite 120
Berkeley, CA 94710
Telephone: (510) 845-0740
Fax: (510) 845-3634
Email: della.barnett@gmail.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SUSAN L. BOUMAN, et al.,

Plaintiffs,

v.

LEROY D. BACA, et al.,

Defendants.

Case No. CV 80-1341 TJH

**JOINT REPORT OF FULL AND FINAL COMPLIANCE AND REQUEST FOR TERMINATION OF THE THIRD AMENDED CONSENT DECREE, TERMINATION OF ALL RELATED ORDERS, AND DISMISSAL OF THE ENTIRE ACTION**

# I. JOINT REPORT

When this case began 32 years ago,[1] it involved essentially a single issue: the development of a legally defensible Sergeant's Examination for the Los Angeles County Sheriff's Department. By 1999, the case had expanded beyond the Sergeant's Examination into three additional "areas," namely, Sexual Harassment, Entry-Level Hiring, and Coveted Position Selection Processes. As the case expanded, so did the Court's mandates, and, ultimately, the Defendants[2] in this case were required to satisfy numerous objectives in each of the four areas identified above.[3] These objectives are set forth in an Amended Judgment, Third Amended Consent Decree, and numerous other Court orders (collectively, the "Orders").

The path to compliance has been successful because of the steadfast commitment of all those involved, particularly the County of Los Angeles, Sheriff Leroy Baca, and the Los Angeles Sheriff's Department, without whose unyielding dedication to this complex effort, compliance would not have been possible.

As a result of the tremendous efforts of these individuals and the County, Defendants have now fully complied with the Court's mandates regarding all four components of this case (i.e., Sergeant's Examination, Sexual Harassment, Entry Level Hiring, and Coveted Position Selection Processes). Accordingly, the

---

[1] This case was originally filed in April 1980 as a class action lawsuit by Plaintiff Susan L. Bouman ("Plaintiff"), on behalf of herself and other similarly-situated female deputy sheriffs (the "Class"), alleging that the Class had been discriminated against on the basis of their gender.

[2] "Defendants" collectively refers to Defendants Sheriff Leroy D. Baca, the Los Angeles County Sheriff's Department, and the County of Los Angeles.

[3] Defendants' obligations with respect to the Sergeants Examination and Sexual Harassment portions of the case have been fully satisfied. (See January 3, 2007 Joint Stipulation and Order Regarding Completion of the 2004 Sergeant Selection Process, at 8-9; see also September 21, 2009 Order Re: Joint Report of Full and Final Compliance Regarding the Development and Implementation of a Lawful Sexual Harassment Policy, at 3.)

Parties jointly request that, effective June 15, 2012: (1) all portions of the Bouman case be fully and finally extinguished; (2) Class Counsel's monitoring role be concluded; and (3) Defendants have no further obligations to Class Counsel, the Class Monitor, or the Court with respect thereto. The Parties further respectfully request entry of an order dismissing the case in its entirety, effective June 15, 2012.

Dated: June 6, 2012.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By [signature]
RONDA D. JAMGOTCHIAN

Attorneys for Defendants
Sheriff Leroy D. Baca, Los Angeles County Sheriff's Department, and County of Los Angeles

Dated: June 6, 2012.

DENNIS M. HARLEY, A LAW CORPORATION

By ______________________
DENNIS M. HARLEY
A Member of Dennis M. Harley, A Law Corporation

Attorney for Plaintiffs

Parties jointly request that, effective June 15, 2012: (1) all portions of the Bouman case be fully and finally extinguished; (2) Class Counsel's monitoring role be concluded; and (3) Defendants have no further obligations to Class Counsel, the Class Monitor, or the Court with respect thereto. The Parties further respectfully request entry of an order dismissing the case in its entirety, effective June 15, 2012.

Dated: June 6, 2012.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By ______________________________
RONDA D. JAMGOTCHIAN

Attorneys for Defendants
Sheriff Leroy D. Baca, Los Angeles County Sheriff's Department, and County of Los Angeles

Dated: June 6, 2012.

DENNIS M. HARLEY, A LAW CORPORATION

By ______________________________
DENNIS M. HARLEY
A Member of Dennis M. Harley, A Law Corporation

Attorney for Plaintiffs

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On June 6, 2012, I caused to be served the following document described as **JOINT REPORT OF FULL AND FINAL COMPLIANCE AND REQUEST FOR TERMINATION OF THE THIRD AMENDED CONSENT DECREE, TERMINATION OF ALL RELATED ORDERS, AND DISMISSAL OF THE ENTIRE ACTION** on the interested parties in this action by placing the copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Della Bahan, Esq.
Puja Batra, Esq.
Bahan & Associates
125 University Ave., Ste. 102
Berkeley, CA 94710

Mary Conway Wickham
Los Angeles County Counsel
648 Kenneth Hahn Hall of Admin.
500 W. Temple St.
Los Angeles, CA 90012-2713

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2012, at Los Angeles, California.

*/s/ Vicki Anderson*
Vicki Anderson